PATRICK T. CONNOR, Bar No. 89136
Email Address: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email Address: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>TADROS & YOUSSEF CONSTRUCTION, INC., a California corporation, also doing business as T & Y CONSTRUCTION; KAMEL SHAKER TADROS, an individual; MAKRAM YOUSSEF, an individual; WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 10-7034 SJO (JCGx)<br><br>[PROPOSED] JUDGMENT AS TO TADROS & YOUSSEF CONSTRUCTION, INC., a California corporation, also doing business as T &Y CONSTRUCTION<br><br>Before The Honorable<br>S. James Otero |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that,

Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a

California non-profit corporation; and BOARD OF TRUSTEES FOR THE

CARPENTERS SOUTHWEST TRUSTS, have judgment against defendant, TADROS & YOUSSEF CONSTRUCTION, INC., a California corporation, also doing business as T &Y CONSTRUCTION as follows:

  That Judgment be entered pursuant to stipulation in favor of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, for damages in the amount of $263,831.01, against defendant, TADROS & YOUSSEF CONSTRUCTION, INC., a California corporation, also doing business as T &Y CONSTRUCTION.

Dated: JUL 1 4 2011

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

By: _____ 7/14/11
MARGARET R. GIFFORD
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION and BOARD OF TRUSTEES FOR THE
CARPENTERS SOUTHWEST TRUSTS

Carpenters v. Tadros & Youssef, etc.
USDC Case No. CV 10-7034 SJO (JCGx)