| | |
|---|---|
| 1 | PATRICK T. CONNOR, Bar No. 89136 |
| | Email: pconnor@deconsel.com               JS-6 |
| 2 | MARGARET R. GIFFORD, Bar No. 118222 |
| | Email: mgifford@deconsel.com |
| 3 | DeCARLO, CONNOR & SHANLEY |
| | A Professional Corporation |
| 4 | 533 S. Fremont Avenue, 9th Floor |
| | Los Angeles, California 90071-1706 |
| 5 | Telephone: 213/488-4100 |
| | Telecopier: 213/488-4180 |

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, | CASE NO. CV 10-7034 SJO(JCGx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| TADROS & YOUSSEF CONSTRUCTION, INC., a California corporation; KAMEL SHAKER TADROS, an individual; MAKRAM YOUSSEF, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs,

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

////

////

1  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,
2  have judgment against defendants, MAKRAM YOUSSEF, an individual, in the
3  amount of $6,788.34.

5  DATE:     3/17/12          *S. James Otero*
                              THE HONORABLE S. JAMES OTERO
6                             UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford   3/5/12
       MARGARET R. GIFFORD
       Attorney for Plaintiffs, Carpenters
       Southwest Administrative Corporation
       and Board of Trustees for the Carpenters
       Southwest Trusts